ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
KELLEY S. OLAH, (SBN 245180)
kelley.olah@btlaw.com
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC. (formerly known and erroneously sued as "DePuy, Inc."); JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL (erroneously sued as "Johnson & Johnson International, Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CANTY and BETSY CANTY<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., An Indiana Corporation; DEPUY INC., A Delaware Corporation; JOHNSON & JOHNSON, A New Jersey Corporation; JOHNSON & JOHNSON SERVICES, INC., A Delaware Corporation; JOHNSON & JOHNSON INTERNATIONAL, INC.; A Delaware Corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. CV-14-5407 JCS<br><br>[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS<br><br>Complaint Filed: December 10, 2014 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs RICHARD CANTY and BETSY CANTY and Defendants DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC. (formerly known and erroneously sued as "DePuy, Inc."); JOHNSON

- 1 -  CV14-5407-JCS

& JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL (erroneously sued as "Johnson & Johnson International, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 26, 2015

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS